KAISER & BROTHER *et al. v.* SAVANNAH SHOE FACTORY *et al.*

LUMPKIN, P. J. 1. When it is affirmatively shown by direct and positive evidence that mortgages attacked as fraudulent are bona fide because given to secure debts actually due by the mortgagor, and there is no evidence to the contrary, they should be treated as valid subsisting liens upon the property which they cover.

2. The present case, upon its undisputed facts, is controlled by the decision of this court in *Atlanta B. & I. Co.* v. *Bluthenthal,* 101 *Ga.* 541, and the cases there cited.

3. The court erred in granting an injunction and appointing a receiver.
       *Judgment reversed. All concurring, except Cobb, J., absent.*

Submitted February 25, — Decided March 25, 1898.

Injunction and receiver. Before Judge Sweat. Glynn county. December 14, 1897.

*Owens Johnson* and *D. W. Krauss,* for plaintiffs in error.
*Crovatt & Whitfield, Goodyear & Kay* and *Atkinson & Dunwody,* contra.

---

SHACKELFORD *v.* SUPREME CONCLAVE KNIGHTS OF DAMON.

SIMMONS, C. J. The charge of the court was in accord with the law as laid down by this court when this case was here before, 98 *Ga.* 295; the requests to charge, so far as pertinent and legal, were covered by the charge as given; there was no error in excluding evidence; the verdict was authorized by the evidence and the trial judge did not err in refusing to grant a new trial.
       *Judgment affirmed. All the Justices concurring.*

Argued February 5, — Decided March 25, 1898.

Action on insurance certificate. Before Judge Felton. Bibb superior court. April term, 1897.

*M. G. Bayne* and *Dessau, Bartlett & Ellis,* for plaintiff.
*Steed & Wimberly* and *A. W. Lane,* for defendant.